## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JAMES E. ANTIS AND CHRISTINE ANTIS, | : No. 340 WAL 2019 |
| Respondents | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| ANDREW JAMES PRAVLIK; AND PITTSBURGH WEALTH MANAGEMENT GROUP, INC., | : |
| Petitioners | : |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 16th day of March, 2020, the Petition for Allowance of Appeal is **DENIED**.